**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:                                                                                        **CASE NO. 16-32457-WRS**
                                                                                            **CHAPTER 13**

**CASSANDRA LETELLA HOLSTON**



            **Debtor(s)**

**TRUSTEE'S STATUS REPORT IN SUPPORT**
**OF TRUSTEE'S MOTION TO DISMISS**

**COMES NOW**, the Trustee, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on September 06, 2016, and confirmed on November 28, 2016.

2. Debtor's current plan payments are $143.00 SEMI-MONTHLY, and the overall pay record is 66.90% .

3. Debtor(s) total amount of delinquency is $5,365.40.

4. The estimated balance is $2,570.20.  This figure is subject to final audit and the applicable commitment period requirement.

5. The Trustee has previously filed the following Motion(s) to Dismiss for Debtor's failure to make plan payments:

   | | |
   |---|---|
   | Motion to Dismiss Case Ch 13 | 07/15/2019 |
   | Motion to Dismiss Case Ch 13 | 10/06/2020 |

6. The payments received by the Trustee from the debtor over the last 12 month are:

   | | | | |
   |---|---|---|---|
   | $300.00 | 1/20/21 | M.O. | 2775 |
   | $125.00 | 10/28/20 | M.O. | 0291 |
   | $125.00 | 10/14/20 | M.O. | 0176 |
   | $95.00 | 8/19/20 | M.O. | 8383 |
   | $95.00 | 4/24/20 | M.O. | 2744 |

7.  An Income Withholding Order was last sent on this case 01/15/2021.

8.  In order to remain feasible, plan payments need to increase to $183.00 SEMI -MONTHLY.

9.  The case is not feasible.


Respectfully submitted on April 05, 2021.

Sabrina L. McKinney
Chapter 13 Standing Trustee


By:     /s/ Sabrina L. McKinney
        Sabrina L. McKinney
        Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone:  (334)262-8371
Fax: (334)262-8599
email:  13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on April 05, 2021.

By:     /s/ Sabrina L. McKinney
        Sabrina L. McKinney
        Chapter 13 Standing Trustee
