# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                     Case No. 16-32457-WRS
                                                                   Chapter 13

CASSANDRA LETELLA HOLSTON,

    Debtor.

## ORDER VACATING DISMISSAL AND
## REINSTATING BANKRUPTCY CASE

For the reasons set forth on the record on May 13, 2021, on Debtor's Motion to Reconsider Order of Dismissal (Doc. 75), it is

ORDERED that the motion (Doc. 75) is GRANTED, the order of dismissal (Doc. 73) is VACATED, and this chapter 13 case is REINSTATED.

Done this 14th day of May, 2021.

/s/ William R. Sawyer

William R. Sawyer
United States Bankruptcy Judge

c:    Debtor
       Charles E. Grainger, Attorney for Debtor
       Sabrina L. McKinney, Trustee
       All Creditors