# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 16-32457-WRS
                                                   Chapter 13

CASSANDRA LETELLA HOLSTON,

   Debtor.

## ORDER VACATING DISMISSAL AND REINSTATING BANKRUPTCY CASE

For the reasons set forth on the record on May 13, 2021, on Debtor's Motion to Reconsider Order of Dismissal (Doc. 75), it is

ORDERED that the motion (Doc. 75) is GRANTED, the order of dismissal (Doc. 73) is VACATED, and this chapter 13 case is REINSTATED.

Done this 14th day of May, 2021.

William R. Sawyer
United States Bankruptcy Judge

c:  Debtor
    Charles E. Grainger, Attorney for Debtor
    Sabrina L. McKinney, Trustee
    All Creditors

# CERTIFICATE OF NOTICE

District/off: 1127-2                                 User: admin                                 Page 1 of 2

Date Rcvd: May 14, 2021                       Form ID: pdfALL                       Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cassandra Letella Holston, 1807 Foster Street, Montgomery, AL 36104-1909 |
| cr | + | The Health Care Authority For Baptist Health, An A, c/o Chambless-Math & Carr, PC, 5720 Carmichael Road, Montgomery, AL 36117-2312 |
| 3715371 | + | C ARTHUR STEINEKER, DMD, c/o MOXLEY AND ASSOCIATES, PO BOX 4953, MONTGOMERY, AL 36103-4953 |
| 3605598 | | Charter, P O Box 742616, Cincinnati, OH 45274-2616 |
| 3605602 | | Direc Mgmt, 4320 Downtowner Loop, Mobile, AL 36609 |
| 3658168 | + | H&R Block Bank, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 3605605 | + | Jackson Hospital, 1725 Pine Street, Montgomery, AL 36106-1117 |
| 3605606 | | Knology, INC, d/b/a WOW!, c/o Credit Management, P.O. Box 118288, Carrollton, TX 75011-8288 |
| 3678189 | + | MICHELLE GOODWYN DMD, c/o HOLLOWAY CREDIT SOLUTIONS, LLC, PO BOX 230609, MONTGOMERY, AL 36123-0609 |
| 3605608 | + | Small Loans, 177 A Eastern Blvd, Space #22A, Montgomery, AL 36117-2007 |
| 3684943 | | Wells Fargo Bank, N.A, P.O. Box 45038 MAC Z3057012, Jacksonville, FL 322325038 |
| 3605609 | | Wells Fargo Bank/Overdradft Collections, Post Office Box 5058, MAC: P6053-021, Portland, OR 97208-5058 |
| 3605611 | + | William H. Pendleton, DMD, c/o Richard Dean, Esq., P.O. Box 1028, Montgomery, AL 36101-1028 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3605596 | + | Email/Text: bkrpt@retrievalmasters.com | May 14 2021 20:24:00 | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 3612079 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 14 2021 21:41:43 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 3605597 | + | Email/Text: jbeshears@mstpf.com | May 14 2021 20:24:00 | Approved Cash Advance, 5883 Atlanta Highway, Montgomery, AL 36117-2103 |
| 3675973 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2021 21:39:50 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3617377 | + | Email/Text: dl-csgbankruptcy@charter.com | May 14 2021 20:24:00 | Charter Communications, 4670 E Fulton Suite 102, Ada, MI 49301-8409 |
| 3605599 | + | Email/PDF: bk@worldacceptance.com | May 14 2021 21:41:39 | Colonial Finance Corporation, 4327 Atlanta Hwy, Montgomery, AL 36109-3170 |
| 3605600 | + | Email/Text: ebnnotifications@creditacceptance.com | May 14 2021 20:23:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 3605604 | + | Email/Text: bknotice@ercbpo.com | May 14 2021 20:24:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 3605603 | + | Email/Text: bkinfo@ccfi.com | May 14 2021 20:23:00 | Easy Money, 1102 Ann Street, Montgomery, AL |

| | | | | |
|---|---|---|---|---|
| 3605607 | | Email/Text: bankruptcytn@wakeassoc.com | May 14 2021 20:23:00 | Revenue Recovery Corp, 7005 Middlebrook Pike, Po Box 50250, Knoxville, TN 37950 |
| 3605610 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | May 14 2021 20:24:00 | Western Funding Inc, 3915 Patrick Lane, Las Vegas, NV 89120-3965 |

(36107-3002 appears with the first row above)

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3689568 | | MONTGOMERY, AL 36123 |
| 3689567 | | P.O. BOX 230759 |
| 3689565 | | THE HEALTH CARE AUTH., dba BAPTIST EAST |
| 3689566 | | c/o CHAMBLESS-MATH & CARR, PC |
| cr | *+ | C ARTHUR STEINEKER, DMD, c/o MOXLEY AND ASSOCIATES, PO BOX 4953, MONTGOMERY, AL 36103-4953 |
| 3605601 | ##+ | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021                         Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Charles E. Grainger | on behalf of Debtor Cassandra Letella Holston cgrainger@graingerlegal.com mbaker@graingerlegal.com;shiggins@graingerlegal.com;byelder@graingerlegal.com;tbramlett@graingerlegal.com;sshukrallah@graingerlegal.com;GraingerCR52062@notify.bestcase.com |
| Leonard N. Math | on behalf of Creditor The Health Care Authority For Baptist Health  An Affiliate Of UAB Health System DBA Baptist East noticesmd@chambless-math.com |
| Richard G. Moxley, III | on behalf of Creditor C ARTHUR STEINEKER  DMD rmoxley@hollowaymoxley.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 5