UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 16−32457
 Chapter 13
Cassandra Letella Holston,

    Debtor.

## NOTICE OF FINAL REQUIREMENTS NECESSARY FOR DISCHARGE

The trustee has filed a Notice of Completion of Plan Payments in the above−referenced case. For the case to be discharged, the following must be filed within 30 days of this notice or the case will be closed without discharge.

☑ **Certificate of Completion of Financial Management Course by Debtor.** In a joint case, each spouse must file a certificate. Should the debtor be entitled to a waiver of this requirement, the debtor must file a Motion for Waiver of Financial Management Course Requirement and receive an order granting the motion. The certificate(s) or order granting a waiver must be filed before filing a motion for entry of discharge.

☑ **Motion for Entry of Discharge Under § 1328(a).** The motion must substantially conform to Local Form 6a and include all certifications required pursuant to Local Rule 4004−1(a). If the debtor(s) is unable to make all required Local Rule 4004−1(a) certifications, the debtor(s) must request a hearing for the Court to determine if a discharge is applicable pursuant to 11 U.S.C. § 1328(a).

Note: A motion to reopen case will be required for the debtor to receive a discharge after the case has been closed.

Dated May 19, 2021

Juan−Carlos Guerrero
Clerk of Court

# CERTIFICATE OF NOTICE

District/off: 1127-2                                      User: admin                                          Page 1 of 2

Date Rcvd: May 19, 2021                               Form ID: nfrndc                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

**Recip ID**                **Recipient Name and Address**
db                        +  Cassandra Letella Holston, 1807 Foster Street, Montgomery, AL 36104-1909

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021                               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Charles E. Grainger | on behalf of Debtor Cassandra Letella Holston cgrainger@graingerlegal.com mbaker@graingerlegal.com;shiggins@graingerlegal.com;byelder@graingerlegal.com;tbramlett@graingerlegal.com;sshukrallah@graingerlegal.com;GraingerCR52062@notify.bestcase.com |
| Leonard N. Math | on behalf of Creditor The Health Care Authority For Baptist Health  An Affiliate Of UAB Health System DBA Baptist East noticesmd@chambless-math.com |
| Richard G. Moxley, III | on behalf of Creditor C ARTHUR STEINEKER  DMD rmoxley@hollowaymoxley.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |