| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Cassandra Letella Holston** | Social Security number or ITIN  xxx–xx–5632 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Alabama** | | |
| Case number:  **16–32457** | | |

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cassandra Letella Holston

Dated June 23, 2021

*William R. Sawyer*
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Middle District of Alabama

In re: Case No. 16-32457-WRS

Cassandra Letella Holston Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cassandra Letella Holston, 1807 Foster Street, Montgomery, AL 36104-1909 |
| aty | + | Charles E. Grainger, Grainger Legal Services, LLC, 4220 Carmichael Ct., N., Montgomery, AL 36106-3621 |
| aty | + | Leonard N. Math, Chambless & Math, P.O. Box 230759, Montgomery, AL 36123-0759 |
| aty | + | Richard G. Moxley, III, Holloway & Moxley, LLP, P.O. Box 4953, Montgomery, AL 36103-4953 |
| cr | + | The Health Care Authority For Baptist Health, An A, c/o Chambless-Math & Carr, PC, 5720 Carmichael Road, Montgomery, AL 36117-2312 |
| 3715371 | + | C ARTHUR STEINEKER, DMD, c/o MOXLEY AND ASSOCIATES, PO BOX 4953, MONTGOMERY, AL 36103-4953 |
| 3605598 | | Charter, P O Box 742616, Cincinnati, OH 45274-2616 |
| 3605602 | | Direc Mgmt, 4320 Downtowner Loop, Mobile, AL 36609 |
| 3658168 | + | H&R Block Bank, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 3605605 | + | Jackson Hospital, 1725 Pine Street, Montgomery, AL 36106-1117 |
| 3678189 | + | MICHELLE GOODWYN DMD, c/o HOLLOWAY CREDIT SOLUTIONS, LLC, PO BOX 230609, MONTGOMERY, AL 36123-0609 |
| 3605608 | + | Small Loans, 177 A Eastern Blvd, Space #22A, Montgomery, AL 36117-2007 |
| 3684943 | | Wells Fargo Bank, N.A, P.O. Box 45038 MAC Z3057012, Jacksonville, FL 322325038 |
| 3605611 | + | William H. Pendleton, DMD, c/o Richard Dean, Esq., P.O. Box 1028, Montgomery, AL 36101-1028 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: trustees_office@ch13mdal.com | Jun 23 2021 20:21:00 | Sabrina L. McKinney, P.O. Box 173, Montgomery, AL 36101-0173 |
| 3605596 | + | EDI: RMCB.COM | Jun 24 2021 00:13:00 | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 3612079 | | EDI: AIS.COM | Jun 24 2021 00:13:00 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 3605597 | + | Email/Text: jbeshears@mstpf.com | Jun 23 2021 20:21:00 | Approved Cash Advance, 5883 Atlanta Highway, Montgomery, AL 36117-2103 |
| 3675973 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 20:34:40 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3617377 | + | Email/Text: dl-csgbankruptcy@charter.com | Jun 23 2021 20:21:00 | Charter Communications, 4670 E Fulton Suite 102, Ada, MI 49301-8409 |
| 3605599 | + | EDI: WABK.COM | Jun 24 2021 00:13:00 | Colonial Finance Corporation, 4327 Atlanta Hwy, Montgomery, AL 36109-3170 |
| 3605600 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 23 2021 20:20:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 3605601 | + | EDI: CMIGROUP.COM | Jun 24 2021 00:13:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |
| 3605604 | + | Email/Text: bknotice@ercbpo.com | Jun 23 2021 20:21:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Rd, Jacksonville, FL 32256-7412 |
| 3605603 | + | Email/Text: bkinfo@ccfi.com | Jun 23 2021 20:21:00 | Easy Money, 1102 Ann Street, Montgomery, AL 36107-3002 |
| 3605606 | | EDI: CMIGROUP.COM | Jun 24 2021 00:13:00 | Knology, INC, d/b/a WOW!, c/o Credit Management, P.O. Box 118288, Carrollton, TX 75011-8288 |
| 3605607 | | Email/Text: bankruptcytn@wakeassoc.com | Jun 23 2021 20:21:00 | Revenue Recovery Corp, 7005 Middlebrook Pike, Po Box 50250, Knoxville, TN 37950 |
| 3605609 | | EDI: WFFC.COM | Jun 24 2021 00:13:00 | Wells Fargo Bank/Overdradft Collections, Post Office Box 5058, MAC: P6053-021, Portland, OR 97208-5058 |
| 3605610 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Jun 23 2021 20:21:00 | Western Funding Inc, 3915 Patrick Lane, Las Vegas, NV 89120-3965 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3689568 | | MONTGOMERY, AL 36123 |
| 3689567 | | P.O. BOX 230759 |
| 3689565 | | THE HEALTH CARE AUTH., dba BAPTIST EAST |
| 3689566 | | c/o CHAMBLESS-MATH & CARR, PC |
| cr | *+ | C ARTHUR STEINEKER, DMD, c/o MOXLEY AND ASSOCIATES, PO BOX 4953, MONTGOMERY, AL 36103-4953 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Charles E. Grainger | on behalf of Debtor Cassandra Letella Holston cgrainger@graingerlegal.com mbaker@graingerlegal.com;shiggins@graingerlegal.com;byelder@graingerlegal.com;tbramlett@graingerlegal.com;sshukrallah@graingerlegal.com;GraingerCR52062@notify.bestcase.com |
| Leonard N. Math | on behalf of Creditor The Health Care Authority For Baptist Health  An Affiliate Of UAB Health System DBA Baptist East noticesmd@chambless-math.com |
| Richard G. Moxley, III | on behalf of Creditor C ARTHUR STEINEKER  DMD rmoxley@hollowaymoxley.com |

Sabrina L. McKinney　　　　trustees_office@ch13mdal.com

TOTAL: 5